

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

May 7, 2020

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Via ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __05/11/2020__

**MEMO ENDORSED**

> The initial conference is adjourned to **July 10, 2020, at 10:00 A.M.** The parties' joint pre-conference submissions are due by **July 2, 2020**.
>
> SO ORDERED.          Date: 05/11/2020
>
> *(signature)*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

RE:   *Blinetskiy v. Equifax Information Services, LLC, et al.*
       U.S. District Court, Southern District of New York
       Case No. 1:20-cv-02731-VEC

Your Honor,

We represent the Plaintiff, Anatoliy Blinetskiy, in the above referenced action. We write in advance of the Initial Conference, presently scheduled for June 5, 2020 at 10:30 AM.

We write to respectfully request an adjournment of the Initial Conference to a later date due to Plaintiff's counsel's not having completed service to the Defendants in light of the current circumstance. Plaintiff is in the process of service and anticipates it being completed shortly.

This is Plaintiff's first request for an adjournment, and the prospective adjournment will not affect any other calendared date.

We respectfully suggest a thirty (30) day adjournment to a date that works best with the Court's calendar.

We thank Your Honor and the Court for its kind considerations and courtesies.

                                                Respectfully,

                                                */s/ Uri Horowitz*
                                                Uri Horowitz